ARTURO M. CISNEROS, #120494
NATHAN F. SMITH, #264635
MALCOLM ♦ CISNEROS, A Law Corporation
4 Venture, Suite 395
Irvine, California 92618
Phone: (949) 252-9400
Fax: (949) 252-1032
Email: nathan@mclaw.org

*Attorneys for Chapter 7 Trustee, Thomas H. Casey*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GIANG THANH DONG and MARY TRAN NGUYEN,<br><br>Debtors.<br><br>────────────────<br><br>THOMAS H. CASEY, solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of Giang Thanh Dong and Mary Tran Nguyen,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF ANTHONY C. DUFFY, a California corporation,<br><br>Defendant. | Case No. 8:23-bk-10014-SC<br><br>Adversary Proceeding No. 8:24-ap-01168-SC<br><br>Chapter 7<br><br>**STATUS REPORT** |

Status Report

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEFENDANT; AND OTHER INTERESTED PARTIES:**

Thomas H. Casey, the duly appointed and qualified chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of Giang Dong and Mary Nguyen ("Debtors"), hereby submits the following status report in advance of the June 2, 2026.

1. On July 16, 2025, the Court entered an order approving a settlement agreement ("Agreement") between Trustee and the Law Offices of Anthony C. Duffy ("Duffy").

2. The Agreement required Duffy to pay the Estate $38,000 over eight equal installments.

3. As of the filing of this Status Report, Duffy has tendered 7 of the 8 installments required by the Agreement.

4. Duffy has informed Trustee's counsel that the final payment will be mailed on May 22, 2026.

5. Predicated on receipt of the final payment, this case will be dismissed.

6. Based on the foregoing, Trustee respectfully requests that the Court continue the Status Conference scheduled for June 2, 2026 to Jun 30, 2026, or the next available date on the Court's calendar thereafter, within which time the final payment is expected to be received and this case dismissed.

Dated: May 19, 2026

MALCOLM ♦ CISNEROS, A Law Corporation

*/s/ Nathan F. Smith*

NATHAN F. SMITH
*Attorneys for Chapter 7 Trustee, Thomas H. Casey*

1

Status Report

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: *2112 Business Center Drive, Irvine, CA 92612*

A true and correct copy of the foregoing document entitled (specify): ***STATUS REPORT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *May 19, 2026*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Thomas H Casey (TR)**   msilva@tomcaseylaw.com, thc@trustesolutions.net
- **Nathan F Smith**   nathan@mclaw.org, CACD_ECF@mclaw.org; mcecfnotices@ecf.courtdrive.com; cvalenzuela@mclaw.org
- **United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ***May 19, 2026***, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Hon. Scott C. Clarkson, United States Bankruptcy Court, 411 West Fourth Street, Suite 5130, Santa Ana, CA 92701

**Defendant:** Law Offices of Anthony C. Duffy, c/o Kristina Bryan, Agent for Service of Process, 17011 Beach Blvd., 9th Floor, Huntington Beach, CA 92647

**Debtors:** Giang Thanh Dong and Mary Tran Nguyen, 15625 Williams St., Tustin, CA 92780

☐ Service information continued on attached page.

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ***May 19, 2026***, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 19, 2026 | Diep Quach | /s/Diep Quach |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.